JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ISLAND BOARD RIDERS, INC.; MICHAEL HERKLOTZ, individually and doing business as IRON FIST MANUFACTURING, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 13-cv-01186-AG-JPR<br><br>**STIPULATED PERMANENT INJUNCTION**<br><br>Hon. Andrew J. Guilford<br>Court Room 10D, Santa Ana |

　　　This Court, having made the following findings of fact and conclusions of law pursuant to the parties' stipulation:

　　　A.　Plaintiff CrossFit, Inc. ("CrossFit" or "Plaintiff") filed suit against Defendants, alleging that Defendants violated CrossFit's rights under 15 U.S.C. §§ 1114 and 1125(a) ("Suit");

B. The Parties entered into a settlement agreement dated December 13, 2013 ("Settlement Agreement");

And good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. For the purposes of binding preclusive effect on Defendants as to future disputes with respect to the Suit or Settlement Agreement between Defendants on the one hand and CrossFit on the other hand, and only for such purposes, Defendants admit the following:

    a. CrossFit is now, and has been at all times since the dates of issuance, the owner of United States Trademark Registration Nos. 3,007,458; 3,826,111; 4,049,689; 4,053,443; and 4,122,681 (the "Marks") and of all rights thereto and thereunder.

2. Defendants, and those in active concert with them, including the parties themselves, their owners, shareholders, principals, officers, agents, servants, employees, attorneys, independent contractors, and partners, are permanently enjoined from using the term "CrossFit" and confusingly similar terms (collectively, the "Injunction"). Confusingly similar terms shall include without limitation any variation of the term such as "Cross Fit"; or "Crossfit"; or "CROSSFIT"; or "crossfit"; or any variations thereof, whether any or all of the terms are in capital or lower case letters.

3. Defendants are bound by the Injunction regardless of whether CrossFit assigns or licenses its intellectual property rights to another for so long as such trademark rights are subsisting. The Injunction inures to the benefit of CrossFit's successors, assignees, and licensees.

4. This Court's Magistrate Judge shall retain jurisdiction over all disputes between and among the Parties arising out of the Settlement Agreement

and Injunction, the Stipulation which includes the Injunction, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

5. The Parties waive any rights to appeal this Injunction.

IT IS SO ORDERED.

Dated: January 16, 2014

_____
United States District Court Judge
Andrew J Guilford